remaining after every payment has been made, all necessary improvements paid for and a safe allowance made for the future.

As the Appellate Division had the right to reverse the judgment of the referee on the facts, its judgment to that extent should be affirmed, but as it had no right to dismiss the complaint, its judgment in that respect should be reversed and a new trial ordered, with costs to abide the event.

WILLARD BARTLETT, HISCOCK and COLLIN, JJ., concur with HAIGHT, J.; CULLEN, Ch. J., concurs with VANN, J.; GRAY, J., not sitting.

Judgment reversed, etc.

---

ALFRED L. SMITH, Respondent, *v.* MAX MILLER et al., Defendants, and MURTHA AND SCHMOHL COMPANY, Appellant.

*Smith* v. *Miller*, 138 App. Div. 909, affirmed.
(Argued October 12, 1911; decided January 23, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on contract.

*Alexander Pfeiffer, Samuel Levy* and *Reuben Rodecker* for appellant.

*Mark Ash* and *Max J. Kohler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.